CHRISTOPHER J. HICKS
Washoe County District Attorney

LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
ELIZABETH HICKMAN
Deputy District Attorney
Nevada State Bar Number 11598
One South Sierra Street
Reno, NV  89501
lliddell@da.washoecounty.gov
ehickman@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ROBERT BEADLES, an individual,

    Plaintiff,

vs.

JAMIE RODRIGUEZ, in her official capacity as Registrar of Voters and in her personal capacity; the WASHOE COUNTY REGISTRAR OF VOTERS, a government agency; ERIC BROWN in his official capacity as WASHOE COUNTY MANAGER and in his personal capacity, ALEXIS HILL in her official capacity as CHAIRWOMAN OF WASHOE COUNTY BOARD OF COMMISSIONERS and in her personal capacity; WASHOE COUNTY, Nevada, a political subdivision of the State of Nevada, and DOES I-X; and ROE CORPORATIONS I-X.

    Defendants.

Case No. 3:23-cv-00382-ART-CSD

**DEFENDANTS' STATEMENT REGARDING REMOVAL**

Defendants Jamie Rodriguez, the Washoe County Registrar of Voters, Eric Brown, Commissioner Alexis Hill, and Washoe County, by and through counsel, Deputy District

Attorney Lindsay Liddell, hereby jointly file this Statement Regarding Removal pursuant to this Court's Minute Order, ECF No. 2. Defendants jointly state as follows:

1. Defendants Jamie Rodriguez, Washoe County Commissioner Alexis Hill, Washoe County Manager Eric Brown, and Washoe County were each served with a summons and copy of the Complaint on July 26, 2023. Exs. 1–4.

2. A Notice of Removal was filed on August 3, 2023, in the Second Judicial District Court of the State of Nevada, in and for the County of Washoe, case number CV23-01283. Ex. 5

3. A Petition for Removal was filed in this Court on August 3, 2023. (ECF No. 1).

4. Defendants Jamie Rodriguez, Washoe County Commissioner Alexis Hill, and Washoe County Manager Eric Brown are not aware of any other defendants who have been served with this action.

Dated this 9th day of August 2023.

CHRISTOPHER J. HICKS
District Attorney

By ___/s/ Lindsay L. Liddell___
LINDSAY L. LIDDELL
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
lliddell@da.washoecounty.gov
(775) 337-5700

ATTORNEY FOR DEFENDANTS

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

ROBERT BEADLES
10580 N. McCarran Blvd. #115, Apt. 386
Reno, NV 89503

Dated this 9th day August, 2023.

                                                  /s/ S. Haldeman
                                                  S. Haldeman

**INDEX OF EXHIBITS**

Exhibit 1    Summons- Commissioner Alexis Hill ................................................... 2 pages

Exhibit 2    Summons- Eric Brown ....................................................................... 2 pages

Exhibit 3    Summons- Washoe County ............................................................... 2 pages

Exhibit 4    Summons- Jamie Rodriguez ............................................................. 2 pages

Exhibit 5    Notice of Removal ........................................................................... 130 pages