**NOTC**
ROBERT BEADLES
10580 N McCarran Blvd. #115, Apt 386
Reno NV 89503
*Plaintiff Pro Se*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BEADLES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMIE RODRIGUEZ, in her official capacity as Registrar of Voters and in her personal capacity; the WASHOE COUNTY REGISTRAR OF VOTERS, a government agency; ERIC BROWN in his official capacity as WASHOE COUNTY MANAGER and in his personal capacity, ALEXIS HILL in her official capacity as CHAIRWOMAN OF WASHOE COUNTY BOARD OF COMMISSIONERS and in her personal capacity; WASHOE COUNTY, Nevada, a political subdivision of the State of Nevada, and DOES I-X; and ROE CORPORATIONS I-X.<br>Defendants. | **Case No:**<br><br>**3:23−cv−00382−ART−CSD**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL

　　　COME NOW, Plaintiff, ROBERT BEADLES, and in accordance with Fed. R. Civ. Pro. 41(a)(1)(A)(i), voluntarily dismiss, without prejudice, the action *sub judice* against Executive Defendants JAMIE RODRIGUEZ ET AL.

Dated this 9th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert Beadles*
　　　　　　　　　　　　　　　　　　　　　ROBERT BEADLES
　　　　　　　　　　　　　　　　　　　　　10580 N. McCarran Blvd. 115 Apt 386
　　　　　　　　　　　　　　　　　　　　　Reno Nevada, 89506
　　　　　　　　　　　　　　　　　　　　　*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day August 2023, I served a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to all registered parties via E-service on the CM/ECF registry.

_____/s/ *Robert Beadles*_____
*Plaintiff Pro Se*

-2-